**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Jason Cleveland Brooks, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Experian Information Solutions, Inc., | ) | CASE NO. |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ( "Experian"), by and through its undersigned counsel, hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.      Experian is named as a Defendant in Civil Action No. 23MS190247 filed by Plaintiff Jason Cleveland Brooks ("Plaintiff") in the Magistrate Court of Fulton County, State of Georgia (the "State Court Action").

2.      The Complaint in the State Court Action was filed on August 24, 2023.

3.      Experian was served with Plaintiff's Complaint on August 25, 2023.

4.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

5.      This Court is the proper district court for removal because the State Court Action is pending within this district.

6.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

7.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      On information and belief, Plaintiff's claim for relief against Experian arises under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Experian requests that the above-described action be removed to this Court.

Dated: September 20, 2023

Respectfully submitted,

*/s/ Jodi L. Kalson*
Jodi L. Kalson
Jones Day
1221 Peachtree Street NE
Suite 400
Atlanta, GA 30361
Telephone: 404.581.8822
E-Mail: jkalson@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on September 20, 2023, a true and correct copy of the foregoing document was filed through the Court's e-filing system and served via first-class United States Mail, postage prepaid at the following address:

Jason Cleveland Brooks
250 Pharr Rd NE, 409
Atlanta, GA 30305

/s/ Jodi L. Kalson
Jodi L. Kalson

*Counsel for Defendant*
*Experian Information Solutions, Inc*